IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Aqilah Chisolm, | |
|          Plaintiff, | Civil Action No.:  2:13-cv-14673 |
| v. | |
| Bluestem Brands, Inc. d/b/a Fingerhut, | **NOTICE OF SETTLEMENT** |
|          Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: July 16, 2014                Respectfully submitted,

                                      By: /s/ Sergei Lemberg, Esq.
                                      Attorney for Plaintiff Aqilah Chisolm
                                      LEMBERG LAW  L.L.C.
                                      1100 Summer Street
                                      Stamford, CT 06905
                                      Telephone: (203) 653-2250
                                      Facsimile:   (888) 953-6237
                                      Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Daniel D. Quick
Erin M. Pawloski
Dickinson Wright PLLC
2600 West Big Beaver Road, Suite 300
Troy, MI 48084

Erin L. Hoffman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*/s/ Sergei Lemberg, Esq.*
Sergei Lemberg