UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AQUILAH CHISOLM,

       Plaintiff,                       Case Number 13-14673

v.                                        Honorable David M. Lawson

BLUESTEM BRANDS, INC.
D/B/A FINGERHUT,

       Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

On July 16, 2014, the parties notified the Court that they have settled the case.

Accordingly, it is **ORDERED** that the plaintiff's complaint is **DISMISSED WITH PREJUDICE** [dkt. #1] and without costs or attorney fees to either party. Any party may apply to reopen the matter to enforce the settlement **on or before August 17, 2014.**

                                           s/David M. Lawson
                                           DAVID M. LAWSON
                                           United States District Judge

Dated: July 17, 2014

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 17, 2014.

                                      s/Shawntel Jackson
                                      SHAWNTEL JACKSON